# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146289(83)(84)

RAMA MADUGULA,
      Plaintiff/Counter-Defendant-
      Appellee,

v

      SC: 146289
      COA: 298425
      Washtenaw CC: 08-000537-CK

BENJAMIN A. TAUB,
      Defendant/Counter-Plaintiff-
      Appellant,

and

DATASPACE, INC., and ANDREW
FLOWER,
      Defendants.
_____/

      On order of the Chief Justice, the motions by plaintiff-appellee to extend the time to file its brief are GRANTED. The brief will be considered timely filed if submitted on or before October 29, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        October 2, 2013



                Clerk